IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT HURLEY,

    Plaintiff,

    v.

PECHINEY PLASTIC PACKAGING, INC.
and DOES 1 through 100,

    Defendants.

No. C 05-05028 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on February 10, 2006 on Defendant Pechiney Plastic Packaging, Inc.'s motion to dismiss. The Court HEREBY ORDERS that Plaintiff Robert Hurley's opposition to the motion shall be due on Thursday, December 29, 2005 and Defendant's reply brief shall be due on Thursday, January 5, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 22, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE