1  MARGARET ROSENTHAL (SBN 147501)
   SABRINA L. SHADI (SBN 205405)
2  JENKENS & GILCHRIST, LLP
   12100 Wilshire Boulevard, 15th Floor
3  Los Angeles, California 90025-7120
4  Telephone:  (310) 820-8800
   Facsimile:   (310) 820-8859
5  Email: mrosenthal@jenkens.com
   Email: sshadi@jenkens.com
6
7  Attorneys for Defendant
   PECHINEY PLASTIC PACKAGING, INC.
8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| ROBERT HURLEY, | ) | Case No. 05CV5028 MEJ |
| | ) | |
| Plaintiffs, | ) | **STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT PECHINEY PLASTIC PACKAGING, INC.'S MOTION TO DISMISS PLAINTIFF ROBERT HURLEY'S FIRST AMENDED COMPLAINT AND CASE MANAGEMENT CONFERENCE** |
| vs. | ) | |
| PECHINEY PLASTIC PACKAGING, INC., a California corporation, and DOES 1 through 100, inclusive, | ) ) ) | |
| Defendants. | ) ) | <u>Current Hearing Date</u><br>Date:  February 10, 2006 |
| | | <u>Requested Hearing Date</u><br>Date:  February 24, 2006 |

---

1

*Stipulation to Continue Motion to Dismiss and Case Management Conference*

LOSANGELES 200330v1 52218-00023

This Stipulation is entered into by Defendant Pechiney Plastic Packaging, Inc. ("Pechiney") and Plaintiff Robert Hurley ("Hurley"), by and through their respective counsel of record.

WHEREAS, defendant's counsel is traveling from Los Angeles in order to attend the hearing on Pechiney's Motion to Dismiss and Case Management Conference, and for personal health reasons wishes to postpone her travel.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that:

1. The hearing on the Motion to Dismiss be continued from February 10, 2006 to February 24, 2006 at 9:00 a.m.;

and

2. That the Case Management Conference be continued from February 10, 2006 to February 24, 2006 at 9:00 a.m..

DATED: January 31, 2006

JENKENS & GILCHRIST, LLP
MARGARET ROSENTHAL
SABRINA L. SHADI

_[signature]_
SABRINA L. SHADI
Attorneys for Defendant
PECHINEY PLASTIC PACKAGING, INC.

DATED: January 31, 2006

LAW OFFICE OF ANTHONY J. SPERBER

_[signature]_
ANTHONY J. SPERBER
Attorneys for Plaintiff ROBERT HURLEY

---

1

*Stipulation to Continue Motion to Dismiss and Case Management Conference*

LOSANGELES 209330v1 52218.00023

**ORDER**

Based upon the foregoing Stipulation, and finding good cause therefor, it is hereby ORDERED that:

1. The February 10, 2006 hearing date for the Motion to Dismiss be continued to February 24, 2006 at 9:00 a.m. in Courtroom 2;

2. The February 10, 2006 Case Management Conference date be continued to February 24, 2006 at 9:00 a.m. in Courtroom 2.

DATED: February 1, 2006

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

1

*ORDER*

LOS ANGELES 200720v1 52218-00022