IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HURLEY,<br><br>    Plaintiff, and Respondent<br><br>v.<br><br>PECHINEY PLASTIC PACKAGING, INC. a California corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants, and Movant. | No. 05CV5028 JSW<br><br>**ORDER VACATING HEARING DATE** |

The motion to dismiss filed by Defendant Pechiney Plastic Packinging, Inc. ("Pechiney") is currently set for hearing on Friday, February 24, 2006 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for February 24, 2006 is VACATED.

**IT IS SO ORDERED.**

Dated: February 22, 2006

                                               JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE