**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT HURLEY,

    Plaintiff,

    v.

PECHINEY PLASTIC PACKAGING, INC.

    Defendant.
_____/

No. C-05-05028 JSW (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for July 20, 2006 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **July 21, 2006 at 9:30 a.m**.

On or before July 12, 2006, the parties shall deliver directly to the Magistrate Judge a Confidential Settlement Statement which shall **not** be filed with the Clerk of the Court or served upon the parties. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: June 6, 2006

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge