IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HURLEY, | No. C-05-05028 JSW (EDL) |
| Plaintiff, | **ORDER CONTINUING SETTLEMENT CONFERENCE** |
| v. | |
| PECHINEY PLASTIC PACKAGING, INC., | |
| Defendant. | |

On March 16, 2006, this Court issued an order setting a settlement conference in this case for July 20, 2006. Subsequently, on June 6, 2006, the Court continued the settlement conference to July 21, 2006. On July 12, 2006, Defendant sought a continuance of the settlement conference because its representative, Mr. Gleason, was scheduled to be in union negotiations the entire week of July 17-21, 2006, but offered no explanation as to how long it has known about Mr. Gleason's unavailability or as to why it did not seek a continuance prior to July 12.

Although the Court does not condone Defendant's delay, it appears that the settlement conference may be more productive if Mr. Gleason is able to attend in person. Accordingly, the July 21, 2006 settlement conference date is continued to August 23, 2006 at 9:00 a.m. The parties shall submit updates, if any, to their settlement conference statements no later than August 16, 2006. All other provisions of the March 16, 2006 Notice of Settlement Conference and Settlement Conference Order remain in effect.

**IT IS SO ORDERED.**

Dated: July 20, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge