UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT HURLEY,

    Plaintiff,

v.

PECHINEY PLASTIC PACKAGING, INC.,

    Defendant.
_____/

No. 05-05028 JSW (EDL)

NOTICE AND ORDER SETTING
FURTHER SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **November 9, 2006**, at 9:00 a.m., Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

The parties shall submit their letter updates to the Court no later than **September 29, 2006.** The letters may be sent via facsimile to (415) 522-2002.

All other provisions of this Court's original Notice and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Laporte's Courtroom Deputy **immediately** at (415) 522-3694 if this case settles prior to the date set for further settlement conference.

Dated: August 25, 2006

                                                    ELIZABETH D. LAPORTE
                                                  United States Magistrate Judge