UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT HURLEY

    Plaintiff,

  v.

PECHINEY PLASTIC PACKAGING, INC.

    Defendant.
_____/

No. C-05-05028 JSW (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for November 9, 2006 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, has been continued until **December 5, 2006 at 2:00 p.m**.

On or before November 27, 2006, the parties shall submit Updated Confidential Settlement Conference Statements which shall be delivered directly to the Magistrate Judge. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: October 30, 2006

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge