United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT HURLEY,

        Plaintiff,

    v.

PECHINEY PLASTIC PACKAGING, INC.
and DOES 1 through 100,

        Defendants.
_____/

No. C 05-05028 JSW

**ORDER (1) CONTINUING DATES
AND (2) REFERRING
DISCOVERY TO MAGISTRATE
JUDGE**

The Court HEREBY CONTINUES the following deadlines:

(1)     Discovery cut-off is continued to January, 19, 2006;

(2)     Last day to hear dispositive motions is continued to March 9, 2006 at 9 a.m.;

(3)     Pretrial conference is continued to May 14, 2006 at 2:00 p.m.; and

(4)     Trial is continued to June 11, 2006 at 8:30 a.m.

The Court FURTHER ORDERS that, pursuant to Civil Local Rule 72-1 this matter is

referred to a randomly assigned magistrate judge for resolution of the parties' current discovery

dispute filed on October 31, 2006 and for resolution of all discovery matters.  The parties will be

advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: November 1, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**

For the Northern District of California