IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT HURLEY,

    Plaintiff,

  v.

PECHINEY PLASTIC PACKAGING, INC.
and DOES 1 through 100,

    Defendants.

No. C 05-05028 JSW

**AMENDED ORDER (1) CONTINUING DATES AND (2) REFERRING DISCOVERY TO MAGISTRATE JUDGE**

The Court HEREBY CONTINUES the following deadlines:

(1) Discovery cut-off is continued to January, 19, **2007**;

(2) Last day to hear dispositive motions is continued to March 9, **2007** at 9 a.m.;

(3) Pretrial conference is continued to May 14, **2007** at 2:00 p.m.; and

(4) Trial is continued to June 11, **2007** at 8:30 a.m.

The Court FURTHER ORDERS that, pursuant to Civil Local Rule 72-1 this matter is referred to a randomly assigned magistrate judge for resolution of the parties' current discovery dispute filed on October 31, 2006 and for resolution of all discovery matters. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: November 1, 2006

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE

cc: Wings Hom