IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT HURLEY,

    Plaintiff,

v.

PECHINEY PLASTIC PACKAGING, INC. and DOES 1 through 100,

    Defendants.

No. C 05-05028 JSW

**ORDER DENYING STIPULATED PROTECTIVE ORDER WITHOUT PREJUDICE**

On November 21, 2006, the parties filed a proposed stipulated protective order. Upon review of the proposed order, the Court finds that paragraph 10 of the proposed order regarding the filing of documents with the Court under seal does not comply with the Civil Local Rules. *See* Civ. L. R. 79-5. The stipulated protective order is DENIED without prejudice; upon redrafting the offending section, the parties may submit the order for the Court's approval.

**IT IS SO ORDERED.**

Dated: December 6, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE