**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HURLEY, | |
| Plaintiff, | No. C 05-05028 JSW |
| v. | |
| PECHINEY PLASTIC PACKAGING, INC. and DOES 1 through 100, | **ORDER SETTING BRIEFING SCHEDULE** |
| Defendants. | |

This matter is set for a hearing on February 2, 2007 on Defendant Pechiney Plastic Packaging, Inc.'s motion to limit damages. The Court HEREBY ORDERS that Plaintiff Robert Hurley's opposition to the motion shall be due on Monday, January 8, 2007 and Defendant's reply brief shall be due on Monday, January 15, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 20, 2006

　　　　　　　　　　　　　　　　　　　　／s／ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE