MARGARET ROSENTHAL (SBN 147501)
SABRINA L. SHADI (SBN 205405)
JENKENS & GILCHRIST, LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone: (310) 820-8800
Facsimile: (310) 820-8859
Email: mrosenthal@jenkens.com
Email: sshadi@jenkens.com

Attorneys for Defendant
PECHINEY PLASTIC PACKAGING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HURLEY, | Case No. 05CV5028 MEJ |
| Plaintiffs, | **STIPULATION TO DISMISS ACTION; ~~(PROPOSED)~~ ORDER THEREON** |
| vs. | |
| PECHINEY PLASTIC PACKAGING, INC., a California corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

1

*Stipulation to Dismiss Action ~~(Proposed)~~ Order Thereon*

LOSANGELES 329353v1 52218-00023

1   TO THE COURT, TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2   IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1); each party to bear its own costs.

DATED: January 5, 2007
        SLS

JENKENS & GILCHRIST, LLP

_____
MARGARET ROSENTHAL
SABRINA L. SHADI
Attorneys for Defendant
PECHINEY PLASTIC PACKAGING, INC.

DATED: December 21, 2006

LAW OFFICE OF A.J. SPERBER

_____
ANTHONY J. SPERBER
Attorney for Plaintiff ROBERT HURLEY

---

1

*Stipulation to Dismiss Action (Proposed) Order Thereon*

LOSANGELES 329353v1 52218-00023

## ORDER

Based upon the foregoing Stipulation, and finding good cause therefor, IT IS HEREBY ORDERED that:

The above-captioned matter is hereby dismissed with prejudice.

DATED: January 8, 2007

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE